IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PETER MARIO GOICO,
        Plaintiff,

vs.                                                                             No. 19-1055-JTM

STATE OF KANSAS,
        Defendant.

MEMORANDUM AND ORDER

By prior Order (Dkt. 13), the court overruled *pro se* plaintiff Peter Mario Goico's objections and affirmed the decision of the Magistrate Judge that Goico's action, in which he seeks to enjoin the Kansas Legislature from legalizing marijuana, should not proceed anonymously and under seal. Goico has now filed an "Emergency Motion to Re-Seal Case Pending Futher Obection." (Dkt. 14). He asserts that there are unresolved "issues of utmost intimacy" justifying sealing the action, and references Section C of his Objection to the Magistrate Judge's order, in which he alludes to a prior assault by "drug addict seeking money." (Dkt. 10, at 3).

The court denies the relief sought. First, plaintiff may not object on grounds not previously presented to the Magistrate Judge, and his earlier motions to seal the case (Dkt. 3, 8) did not raise this issue, only the claims of harassment and retaliation which both the Magistrate Judge and the undersigned considered and rejected. Second, plaintiff

is not seeking to place under seal individual pleadings or portions of pleadings, but the entire case, a procedure which (as the court previously noted) is *highly* disfavored.

The plaintiff states that he "will be submitting futher motions" on the issue. (Dkt. 14, at 1). The case will not be sealed. Additional motions on the issue will be summarily denied by the court.

IT IS SO ORDERED this day of April, 2019.

J. Thomas Marten
J. Thomas Marten, Judge